# United States Bankruptcy Court
## Southern District of Florida

In re **Frank Matassa**
**Erica Matassa**

Debtor(s)

Case No.

Chapter **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☒ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: ________

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________)

☒ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: ________



Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.***

**/s/ Frank Matassa** Date: **June 30, 2010**
**Frank Matassa**
Signature of Attorney or Debtor

**/s/ Erica Matassa** Date: **June 30, 2010**
**Erica Matassa**
Signature of Attorney or Joint Debtor



Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

STATEMENT OF EARNINGS
RETAIN FOR YOUR RECORDS

BOARD OF COUNTY COMMISSIONERS
PALM BEACH COUNTY

| | | |
|---|---|---|
| Palm Beach County<br>301 North Olive Avenue<br>West Palm Beach, FL 33401 | Pay Begin Date: 06/05/2010<br>Pay End Date: 06/18/2010 | Advice #: 000000000572995<br>Advice Date: 06/25/2010 |
| FRANK MATASSA<br>406 BUTTONWOOD LANE<br>BOYNTON BEACH, FL 33436 | Employee ID: 20542<br>Department: B02390-FLEET MANAGEMENT DIVISION | TAX DATA: Federal<br>Marital Status: Single<br>Allowances: 0<br>Addl. Amt: |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 19.244000 | 70.00 | 1,347.08 | 900.75 | 17,334.03 |
| Cert Automotive Service | 8.000000 | 2.00 | 16.00 | 25.00 | 200.00 |
| Tool Allowance | | | 34.09 | | 443.17 |
| Incentive Lv Redmd | 19.244000 | 10.00 | 192.44 | 10.00 | 192.44 |
| BCC Incty Lv Award | | | 0.00 | 12.00 | 0.00 |
| Overtime 1.5 | | | 0.00 | 34.00 | 990.21 |
| Sick Leave CWA | | | 0.00 | 19.00 | 365.64 |
| Vacation Preapproved | | | 0.00 | 110.00 | 2,116.84 |
| Vacation Not Preapproved | | | 0.00 | 0.25 | 4.81 |
| TOTAL: | | 82.00 | 1,589.61 | 1,111.00 | 21,647.14 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 198.52 | 2,843.22 |
| Fed MED/EE | 22.06 | 302.11 |
| Fed OASDI/EE | 94.36 | 1,291.80 |
| TOTAL: | 314.94 | 4,437.13 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 57.54 | 690.48 |
| BCC Dental DA01 | 10.10 | 121.20 |
| TOTAL: | 67.64 | 811.68 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| United Way One Time Ded | 0.00 | 20.00 |
| TOTAL: | 0.00 | 20.00 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 502.99 | 6,035.88 |
| BCC Life Ins Basic | 3.22 | 38.64 |
| BCC LTD Basic C | 2.70 | 32.40 |
| BCC FRS Regular Class | 153.22 | 2,088.59 |

*Taxable benefit added to taxable wages and net gross pay

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,589.61 | 1,521.97 | 314.94 | 67.64 | 1,207.03 |
| YTD | 21,647.14 | 20,835.46 | 4,437.13 | 831.68 | 16,378.33 |

| | Sick | Vac | Inc Lv | BU Sick | Comp |
|---|---|---|---|---|---|
| Earned | 0.00 | 4.62 | 0.00 | 0.00 | 0.00 |
| Taken | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| Balance | 0.00 | 70.69 | 2.00 | 45.00 | 0.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000000572995 | Checking | $1,207.03 |
| TOTAL: | | $1,207.03 |

MESSAGE:

▼ DETACH ADVICE HERE ▼

BOARD OF COUNTY COMMISSIONERS
PALM BEACH COUNTY
WEST PALM BEACH, FLORIDA

DIRECT DEPOSIT ADVICE - NON-NEGOTIABLE

**STATEMENT OF EARNINGS**
**RETAIN FOR YOUR RECORDS**

**BOARD OF COUNTY COMMISSIONERS**
**PALM BEACH COUNTY**

Advice #: 000000000567691
Advice Date: 06/11/2010

Palm Beach County
301 North Olive Avenue
West Palm Beach, FL 33401

Pay Begin Date: 05/22/2010
Pay End Date: 06/04/2010

FRANK MATASSA
406 BUTTONWOOD LANE
BOYNTON BEACH, FL 33436

Employee ID: 20542
Department: B02390-FLEET MANAGEMENT DIVISION

TAX DATA: Federal
Marital Status: Single
Allowances: 0
Addl. Amt:

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 19.244000 | 80.00 | 1,539.52 | 830.75 | 15,986.95 |
| Cert Automotive Service | 8.000000 | 2.00 | 16.00 | 23.00 | 184.00 |
| Tool Allowance | | | 34.09 | | 409.08 |
| BCC Inctv Lv Award | | | 0.00 | 12.00 | 0.00 |
| Overtime 1.5 | | | 0.00 | 34.00 | 990.21 |
| Sick Leave CWA | | | 0.00 | 19.00 | 365.64 |
| Vacation Preapproved | | | 0.00 | 110.00 | 2,116.84 |
| Vacation Not Preapproved | | | 0.00 | 0.25 | 4.81 |
| TOTAL: | | 82.00 | 1,589.61 | 1,029.00 | 20,057.53 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 198.52 | 2,644.70 |
| Fed MED/EE | 22.07 | 280.05 |
| Fed OASDI/EE | 94.37 | 1,197.44 |
| TOTAL: | 314.96 | 4,122.19 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 57.54 | 632.94 |
| BCC Dental DA01 | 10.10 | 111.10 |
| TOTAL: | 67.64 | 744.04 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| United Way One Time Ded | 0.00 | 20.00 |
| TOTAL: | 0.00 | 20.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 502.99 | 5,532.89 |
| BCC Life Ins Basic | 3.22 | 35.42 |
| BCC LTD Basic C | 2.70 | 29.70 |
| BCC FRS Regular Class | 153.22 | 1,935.37 |

*Taxable benefit added to taxable wages and not gross pay

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,589.61 | 1,521.97 | 314.96 | 67.64 | 1,207.01 |
| YTD | 20,057.53 | 19,313.49 | 4,122.19 | 764.04 | 15,171.30 |

| | Sick | Vac | Inc Lv | BU Sick | Comp |
|---|---|---|---|---|---|
| Earned | 0.00 | 4.62 | 0.00 | 0.00 | 0.00 |
| Taken | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance | 0.00 | 66.07 | 12.00 | 45.00 | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000000567691 | Checking | $1,207.01 |
| TOTAL: | | $1,207.01 |

MESSAGE:

▼ DETACH ADVICE HERE ▼

**BOARD OF COUNTY COMMISSIONERS**
**PALM BEACH COUNTY**
WEST PALM BEACH, FLORIDA

**DEPOSIT ADVICE - NON-NEGOTIABLE**

**STATEMENT OF EARNINGS**
**RETAIN FOR YOUR RECORDS**

**BOARD OF COUNTY COMMISSIONERS**
**PALM BEACH COUNTY**

| | | | |
|---|---|---|---|
| Palm Beach County<br>301 North Olive Avenue<br>West Palm Beach, FL 33401 | Pay Begin Date: 05/08/2010<br>Pay End Date: 05/21/2010 | Advice #: 000000000562384<br>Advice Date: 05/28/2010 | |
| FRANK MATASSA<br>406 BUTTONWOOD LANE<br>BOYNTON BEACH, FL 33436 | Employee ID: 20542<br>Department: B02390-FLEET MANAGEMENT DIVISION | TAX DATA: Federal<br>Marital Status: Single<br>Allowances: 0<br>Addl. Amt: | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 19.244000 | 40.00 | 769.76 | 750.75 | 14,447.43 |
| Cert Automotive Service | 8.000000 | 2.00 | 16.00 | 21.00 | 168.00 |
| Tool Allowance | | | 34.09 | | 374.99 |
| Vacation Preapproved | 19.244000 | 40.00 | 769.76 | 110.00 | 2,116.84 |
| BCC Inctv Lv Award | | | 0.00 | 12.00 | 0.00 |
| Overtime 1.5 | | | 0.00 | 34.00 | 990.21 |
| Sick Leave CWA | | | 0.00 | 19.00 | 365.64 |
| Vacation Not Preapproved | | | 0.00 | 0.25 | 4.81 |
| TOTAL: | | 82.00 | 1,589.61 | 947.00 | 18,467.92 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 198.52 | 2,446.18 |
| Fed MED/EE | 22.07 | 257.98 |
| Fed OASDI/EE | 94.36 | 1,103.07 |
| TOTAL: | 314.95 | 3,807.23 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 57.54 | 575.40 |
| BCC Dental DA01 | 10.10 | 101.00 |
| TOTAL: | 67.64 | 676.40 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| United Way One Time Ded | 0.00 | 20.00 |
| TOTAL: | 0.00 | 20.00 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 502.99 | 5,029.90 |
| BCC Life Ins Basic | 3.22 | 32.20 |
| BCC LTD Basic C | 2.70 | 27.00 |
| BCC FRS Regular Class | 153.22 | 1,782.15 |

*Taxable benefit added to taxable wages and not gross pay

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,589.61 | 1,521.97 | 314.95 | 67.64 | 1,207.02 |
| YTD | 18,467.92 | 17,791.52 | 3,807.23 | 696.40 | 13,964.29 |

| | Sick | Vac | Inc Lv | BU Sick | Comp |
|---|---|---|---|---|---|
| Earned | 0.00 | 4.62 | 0.00 | 0.00 | 0.00 |
| Taken | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| Balance | 0.00 | 61.45 | 12.00 | 45.00 | 0.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000000562384 | Checking | $1,207.02 |
| TOTAL: | | $1,207.02 |

MESSAGE:

▼ DETACH ADVICE HERE ▼

**BOARD OF COUNTY COMMISSIONERS**
**PALM BEACH COUNTY**
WEST PALM BEACH, FLORIDA

**DIRECT DEPOSIT ADVICE - NON-NEGOTIABLE**

STATEMENT OF EARNINGS
RETAIN FOR YOUR RECORDS

BOARD OF COUNTY COMMISSIONERS
PALM BEACH COUNTY

Palm Beach County
301 North Olive Avenue
West Palm Beach, FL 33401

FRANK MATASSA
406 BUTTONWOOD LANE
BOYNTON BEACH, FL 33436

Pay Begin Date: 06/19/2010
Pay End Date: 07/02/2010
Employee ID: 20542
Department: B02390-FLEET MANAGEMENT DIVISION

Advice #: 000000000578306
Advice Date: 07/09/2010

TAX DATA: Federal
Marital Status: Single
Allowances: 0
Addl. Amt:

HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 19.244000 | 68.00 | 1,308.59 | 968.75 | 18,642.62 |
| Cert Automotive Service | 8.000000 | 2.00 | 16.00 | 27.00 | 216.00 |
| Tool Allowance | | | 34.09 | | 477.26 |
| Sick Leave CWA | 19.244000 | 10.00 | 192.44 | 29.00 | 558.08 |
| Incentive Lv Redmd | 19.244000 | 2.00 | 38.49 | 12.00 | 230.93 |
| BCC Inctv Lv Award | | | 0.00 | 12.00 | 0.00 |
| Overtime 1.5 | | | 0.00 | 34.00 | 990.21 |
| Vacation Preapproved | | | 0.00 | 110.00 | 2,116.84 |
| Vacation Not Preapproved | | | 0.00 | 0.25 | 4.81 |
| TOTAL: | | 82.00 | 1,589.61 | 1,193.00 | 23,236.75 |

TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 198.52 | 3,041.74 |
| Fed MED/EE | 22.07 | 324.18 |
| Fed OASDI/EE | 94.36 | 1,386.16 |
| TOTAL: | 314.95 | 4,752.08 |

BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 57.54 | 748.02 |
| BCC Dental DA01 | 10.10 | 131.30 |
| TOTAL: | 67.64 | 879.32 |

AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| United Way One Time Ded | 0.00 | 20.00 |
| TOTAL: | 0.00 | 20.00 |

EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| BCC HMO | 502.99 | 6,538.87 |
| BCC Life Ins Basic | 3.22 | 41.86 |
| BCC LTD Basic C | 2.70 | 35.10 |
| BCC FRS Regular Class | 167.53 | 2,256.12 |

*Taxable benefit added to taxable wages and not gross pay

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,589.61 | 1,521.97 | 314.95 | 67.64 | 1,207.02 |
| YTD | 23,236.75 | 22,357.43 | 4,752.08 | 899.32 | 17,585.35 |

| | Sick | Vac | Inc Lv | BU Sick | Comp |
|---|---|---|---|---|---|
| Earned | 0.00 | 4.62 | 0.00 | 0.00 | 0.00 |
| Taken | 0.00 | 0.00 | 2.00 | 10.00 | 0.00 |
| Balance | 0.00 | 75.31 | 0.00 | 35.00 | 0.00 |

NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000000578306 | Checking | $1,207.02 |
| TOTAL: | | $1,207.02 |

MESSAGE:

▼ DETACH ADVICE HERE ▼

BOARD OF COUNTY COMMISSIONERS
PALM BEACH COUNTY
WEST PALM BEACH, FLORIDA

DIRECT DEPOSIT ADVICE - NON-NEGOTIABLE